**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

**\*\*\***

| | |
|---|---|
| CLAIRE LEE, | |
| Plaintiff, | |
| | 2:18-cv-01274-JCM-CWH |
| vs. | **<u>ORDER</u>** |
| WANG GLOBALNET, | |
| Defendant. | |

Before the court is *Claire Lee v. Wang Globalnet*, case number 2:18-cv-01274-JCM-CWH.  This matter has been stayed until April 1, 2019.  (ECF No. 17).

Accordingly,

IT IS HEREBY ORDERED that the Early Neutral Evaluation session scheduled for November 14, 2018, is VACATED.

After the stay is lifted, the parties may file a proposed stipulation and order to reschedule the ENE.


DATED this 12th day of October, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE